JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT LEE ELLIS, | ) | No. CV 18-3519-JFW (AGR) |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| JOSE GASCELO, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is summarily dismissed for lack of subject matter jurisdiction.

DATED: May 14, 2018

JOHN F. WALTER
United States District Judge